AUSTIN W FRAZIER
637 WENDOVER WAY
RIDGELAND, MS 39157

BOB'S POOL SERVICE
5014 HWY 80 EAST
PEARL, MS 39208

COOK COMMERCIAL PROP.
1501 LAKELAND DR.
SUTIE 340
JACKSON, MS 39216


ROBERT GAMBRELL
GAMBRELL & ASSOCIATES, PLLC
106 KING STREET
OXFORD, MS 38655-4236

BRUNINI LAW FIRM
P O DRAWER 119
JACKSON, MS 39205

COPELAND, COOK, TAYLOR
 & BUSH
P O BOX 6020
RIDGELAND, MS 39158


ACOUSTIC, INC.
209 PARK COURT
RIDGELAND, MS 39157

BURR & FOREMAN
401 E CAPITOL STREET
JACKSON, MS 39201

CREDIT CARD CENTER
P.O. BOX 114
JACKSON, MS 39205-0114


ALL PRO HEATING & AIR
303 RED EAGLE CIRCLE
RIDGELAND, MS 39157

C E FRAZIER
3565 B CRESTVIEW ROAD
TUPELO, MS 38801

DIVENEY EQUIPMENT
C/O MCKAY, SIMPSON
P O BOX 0488
RIDGELAND, MS 39158-248


AMERICAN INSURANCE CO.
777 SAN MARIN DR.
NOVATO, CA 94998

C E FRAZIER CONSTR.
 CO., INC.
P O BOX 2039
RIDGELAND, MS 39158

DON MCGRAW
MONTGOMERY, MCGRAW & COL
P.O. BOX 1039
CANTON, MS 39046


BAKER DONELSON
4268 HWY 55 NORTH
JACKSON, MS 39211

CHRIS SOLOP, ESQ.
111 E CAPITOL ST.
SUITE 101
JACKSON, MS 39201

EDGIN BUILDERS, LLC
C/O ROBERT PUNCHES
319 MARKET STREET
NATCHEZ, MS 39120


BANCORPSOUTH
BANKRUPTCY DEPARTMENT
P. O. BOX 4360
TUPELO, MS 38803-4360

CHRIS SOLOP, ESQ.
111 E. CAPITOL ST.
JACKSON, MS 39201

EDGIN CONSTRUCTION CO.
8 FELTUS STREET
NATCHEZ, MS 39120


BANKFIRST FIN SERVICES
P O BOX 31
MACON, MS 39341

CITIMORTGAGE
PO BOX 689196
DES MOINES, IA 50368-9196

ERGON, INC.
P.O. BOX 23028
JACKSON, MS 39225


BILLY ATWOOD
C/O DON MCGRAW, ESQ.
P.O. BOX 1039
CANTON, MS 39046

CLAIBORNE FRAZIER
P O BOX 2039
RIDGELAND, MS 39158

FRAZIER CONSTRUCTION, I
BONDING CO.

```
FRAZIER DEVELOPMENT            JAMES MARTIN, PA               LEON & DIANE BAILEY
3565 B. CRESTVIEW RD.          3488 HIGHLAND COLONY           P.O. BOX 102
TUPELO, MS 38801               RIDGELAND, MS 39157            RIPLEY, MS 38663


FRAZIER DEVELOPMENT, LLC       JAMES MARTIN, PA               MARGARET FRAZIER
3565 B. CRESTVIEW RD.          388 HIGHLLAND COLONY           707 ESPLANADE DRIVE
TUPELO, MS 38801               RIDGELAND, MS 39157            RIDGELAND, MS 39157


HEALTHCARE FINANCIAL           JAMES PRYOR                    MCKAY SIMPSON
SERVICES. LLC                  C/O PHELPS DUNBAR              P.O. BOX 1039
P.O. BOX 320309                201 SOUTH SPRING ST.           CANTON, MS 39046
JACKSON, MS 39232-0309         TUPELO, MS 38802


HINES-PHILLIPS PROP.           JEFFREY BARBOR, ESQ            MICHAEL JACOBS, ESQ.
C/O TODD HINES                 WATKINS LUDLAM                 P O BOX 1929
125 S. CONGRESS #1804          633 N. STATE ST.               OXFORD, MS 38655
JACKSON, MS 39201              JACKSON, MS 39202


HORIZONS BILLING SERV.         JOHN SHOWS, ESQ.               MICHAEL TRAMEL, DDS
P O BOX 320339                 2950 LAYFAIR DR.               2525 LAKEWARD DR.
FLOWOOD, MS 39232-0339         FLOWOOD, MS 39232              SUITE 102
                                                              JACKSON, MS 39216


IMC                            JOHN SHOWS, ESQ.               MITCHELL,MCNUTT
C/O JAMES ALEXANDER            2950 LAFAIR DR.                & SAMS
1029 B STREET                  FLOWOOD, MS 39232              P.O. BOX 947
MERIDIAN, MS 39301                                            OXFORD, MS 38655-0947


INTERNAL REVENUE SERVICE       KENNETH PERRY, ESQ.            MSTC
IN CARE OF US ATTORNEY         SHELL, BUFORD PLLC             P.O. BOX 23338
900 JEFFERSON AVE.             P O BOX 157                    JACKSON, MS 39225-3338
OXFORD, MS 38655               JACKSON, MS 39205-0157


IRS                            KEWAUNEE SCIENTIFIC            OMNIBANK
CENTRALIZED SOL. OPER.         C/O ROBERT WILLIAMSON          2900 RIDGELAKE DR.
PO BOX 21126                   755 N CONGRESS ST.             METAIRIE, LA 70002
PHILADELPHIA, PA 19114-0326    JACKSON, MS 39202


JACK CRAWFORD, ESQ.            LAWS CONSTRUCTION CO.          PHELPS DUNBAR
BUTLER, SNOW                   P O BOX 14027                  P.O. BOX 1220
P O BOX 22567                  JACKSON, MS 39236-4027         TUPELO, MS 38802
JACKSON, MS 39225-2567
```

```
R SCOTT AND                        WILLIAM J. LITTLE, ESQ.
 SHIRLEY HINES                     LENTZ & LITTLE, PA
125 S. CONGRESS #1804              P.O. BOX 226112
JACKSON, MS 39201-3381             JACKSON, MS 39225


R TODD HINES                       WILLIAM MATHESON, IV
125 S. CONGRESS #1804              C/O FOREMAN, PERRY
JACKSON, MS 39201-3381             P.O. BOX 22608
                                   JACKSON, MS 39225


REGIONS BANK                       WYATT, TARRAUT & COMBS
P.O. BOX 10063                     4450 OLD CANTON RD.
BIRMINGHAM, AL 35202-0063          SUITE 210
                                   JACKSON, MS 39211


ST. DOMINIC HOSPITAL
P O BOX 24056
JACKSON, MS 39225-4056



TANNEHILL & CARMEAN
829 N LAMAR BLVD, STE
OXFORD, MS 38655



TRAVELERS CASUALTY
111 SCHILLING RD.
HUNT VALLEY, MD 21031



WACHOVIA BANK
P.O. BOX 45038
JACKSONVILLE, FL 32232-5038



WATERPROOFINGS SYSTEMS
C/O BURR & FOREMAN
401 E. CAPITOL ST.
JACKSON, MS 39201



WILLIAM GUALT, JR. ESQ
401 FONTAINE PLACE
SUITE 101
RIDGELAND, MS 39157
```