IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| HARRIS CLAIBORNE FRAZIER | CASE NUMBER: 08-03051 |
| AUSTIN W. FRAZIER | CASE NUMBER: 08-04026 |

**FINAL JUDGMENT ON ORDER GRANTING MOTION FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF LIENS, INTERESTS, ENCUMBRANCES AND CLAIMS AND RELEASE**

THIS MATTER COMES before the Court upon Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims and Release filed by Derek A. Henderson, Trustee in the case of Harris Claiborne Frazier (Case No. 08-03051) and in the case of Austin W. Frazier (Case No. 08-04026). The Motions and Responses filed in the cases are as follows:

Harris Claiborne Frazier (Case No. 08-03051)

    a)    Trustee's Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims and Release (Docket No. 173); and

    b)    Response of Club Woodlands, LLC and Carroll McLeod (Docket No. 178).

Austin W. Frazier (Case No. 08-04026)

    a)    Trustee's Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims and Release (Docket No. 102); and

    b)    Response of Club Woodlands, LLC and Carroll McLeod (Docket No. 104).

By separate Order, the Court has granted the Motion.

THEREFORE, IT IS ORDERED that this Final Judgment is hereby entered granting the

Trustee's Motion for Authority to Sell Assets Free and Clear of Liens, Interests, Encumbrances and Claims and Release. All terms and provisions contained in the Court's Order are hereby incorporated.

SO ORDERED.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: October 5, 2010


Submitted by:

*Derek A. Henderson*
DEREK A. HENDERSON, MSB #2260
TRUSTEE AND ATTORNEY FOR THE TRUSTEE
111 East Capitol Street, Suite 455
Jackson, MS 39201
(601) 948-3167
d_henderson@bellsouth.net