B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Southern District of Mississippi
### Case No. 08-04026-ee
### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Austin W Frazier
140 Township Ave Apt 302
Ridgeland, MS 39157-2093

Social Security / Individual Taxpayer ID No.:
xxx-xx-8392

Employer Tax ID / Other nos.:

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**DEC 07 2010**

DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/30/10

/s/Edward Ellington
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

060922

*4350906098201 3*

THU 43599 0538-3 b18 08-04026
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
**UNITED STATES BANKRUPTCY COURT**

060922 069221 AT 0.354 39225 51 V66 P10-006695
William Matheson, IV
c/o Foreman, Perry
P.O. Box 22608
Jackson, MS 39225-2608

**RECEIVED**
**DEC 0 6 2010**



Payroll
Administrator

**FIRST-CLASS MAIL**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18